UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON FRANCIS BORCK,

   Plaintiff,

v.

                 Case No. 07-cv-15124
                  Honorable Marianne O. Battani
                  Referral Judge R. Steven Whalen

COUNTY OF LENAWEE, a Municipal Corporation,
SHERIFF LAWRENCE RICHARDSON,, JR.,
BONNIE MASON, SGT. MARY LOUISE NEILL,
GUARD HENRY MAPES AND PATTY LENNARD
in their individual and official capacities,

   Defendants.
_____/

| | |
|---|---|
| David A. Robinson (P38754)<br>Robinson & Associates, P.C.<br>Attorneys for Plaintiff<br>28145 Greenfield Rd., Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>darjd@earthlink.net | Cynthia L. Reach (P55903)<br>Reach Law Firm<br>Attorneys for Defendants County, Sheriff Neill,<br>Mapes and Lennard<br>121 West Washington St., Suite 400<br>Ann Arbor, MI 48104<br>(734) 994-1400<br>creach@reachlawfirm.com |
| Kurt D. Yockey (P32473)<br>Yockey, Yockey & Schliem PC<br>Co-Counsel for Plaintiff<br>33742 West Twelve Mile Road<br>Farmington Hills, MI 48331<br>(248) 489-1100<br>kdy@yockeylaw.com | James W. Bodary (P24193)<br>Siemion Huckabay Bodary Padilla<br>Morganti & Bowerman PC<br>Attorneys for Defendants County, Sheriff Neill,<br>Mapes and Lennard<br>One Towne Square, Suite 1400<br>P.O. Box 5068<br>Southfield, MI 48086<br>(248) 357-1400<br>jBodary@siemion-huckabay.com |
| Anthony E. Kenny (P15894)<br>Anthony E. Kenny, P.C.<br>Attorney for Defendant Mason<br>400 Maple Park Blvd., Suite 402<br>St. Clair Shores, MI 48081<br>(586) 447-3740<br>aekpc@multi-techcx.com | |

_____/

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS AS TO BONNIE MASON ONLY**

At a session of said court held in the

City of Detroit, County of Wayne,
State of Michigan on: <u>September 16, 2009</u>

PRESENT:  <u>MARIANNE O. BATTANI</u>
United States District Judge

**IT IS HEREBY STIPULATED** by and between counsel of the above-named parties, that the above captioned matter may be dismissed as to BONNIE MASON ONLY, with prejudice and without costs, interest or attorney fees to any party.

This Honorable Court having acknowledged the stipulation of the parties hereto and being otherwise fully advised in the premises states as follows:

**IT IS HEREBY ORDERED** that this matter be dismissed as to BONNIE MASON ONLY, with prejudice and without costs, interest or attorney fees to any party.

<u>s/Marianne O. Battani</u>
Honorable Marianne O. Battani
Referral Judge R. Steven Whalen

APPROVED AS TO FORM AND CONTENT:

<u>/s/David A. Robinson</u>
David A. Robinson (P38754)
Attorneys for Plaintiff
darjd@earthlink.net

<u>/s/Anthony E. Kenny</u>
Anthony E. Kenny (P15894)
Attorney for Defendant Mason
aekpc@multi-techcx.com

<u>/s/Kurt D. Yockey</u>
Kurt D. Yockey (P32473)
Co-Counsel for Plaintiff
kdy@yockeylaw.com

<u>/s/Cynthia L. Reach</u>
Cynthia L. Reach (P55903)
Attorneys for Defendants County, Sheriff Neill, Mapes and Lennard
creach@reachlawfirm.com

<u>/s/James W. Bodary</u>
James W. Bodary (P24193)
Attorneys for Defendants County, Sheriff Neill, Mapes and Lennard
jBodary@siemion-huckabay.com