UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

_____

AARON FRANCIS BORCK,

       Plaintiff,

vs.

COUNTY OF LENAWEE, a municipal corporation, SHERIFF LAWRENCE RICHARDSON, JR., BONIE MASON, SGT. MARY LOUISE NEILL, GUARD HENRY MAPES and PATTY LENNARD, in their individual and official capacities,

       Defendants.
_____

**Civil No: 07-cv-15124**
**Honorable Marianne O. Battani**
**Referral Judge R. Steven Whalen**

| | |
|---|---|
| David A. Robinson (P38754)<br>Robinson & Associates, P.C.<br>Attorneys for Plaintiff<br>28145 Greenfield Rd., Ste. 100<br>Southfield, MI 48076<br>(248) 423-7234 Ann Arbor, MI 48104<br>darjd@earthlink.net | Cynthia L. Reach (P55903)<br>Reach Law Firm<br>Counsel for Defendants County, Sheriff Neill, Mapes and Lennard<br>121 West Washington St. Ste. 400<br>(734) 994-1400<br>creach@reachlawfirm.com |
| Anthony E. Kenny (P15894)<br>Anthony E. Kenny PC<br>Attorney for Defendant Mason<br>400 Maple Park Blvd., Ste. 402<br>Saint Clair Shores, MI 48081<br>(586) 447-3740<br>aekpc@multi-techcx.com | James W. Bodary (P24193)<br>Siemion Huckabay Bodary Padilla Morganti & Bowerman PC<br>Counsel for Defendants County, Sheriff Neill, Mapes and Lennard<br>One Towne Sq. Ste. 1400<br>P.O. Box 5068<br>Southfield, MI 48086<br>(248) 357-1400<br>jBodary@siemion-huckabay.com |
| Kurt Yockey (P32473)<br>Yockey Yockey & Schliem PC<br>Attorney for Plaintiff<br>33724 W Twelve Mile Road<br>Farmington Hills, MI 48331<br>kdy@yockeylaw.com | . |

_____

**STIPULATED ORDER FOR DISMISSAL DEFENDANTS LENAWEE COUNTY LAWRENCE RICHARDSON, MARY NEILL, HENRY MAPES AND PATTY LENNARD ONLY WITH PREJUDICE AND WITHOUT FURTHER COSTS OR ATTORNEY'S FEES**

At a session of said Court held in the
City of Detroit, County of Wayne,
State of Michigan on September 17, 2009

PRESENT: <u>MARIANNE O. BATTANI</u>
U. S. DISTRICT COURT JUDGE

**IT HAVING BEEN STIPULATED** by and between counsel for Plaintiff and Defendants Lenawee County, Lawrence Richardson, Mary Neill, Henry Mapes and Patty Lennard, only,.

**IT IS HEREBY ORDERED** that Defendants Lenawee County, Lawrence Richardson, Mary Neill, Henry Mapes and Patty Lennard, only, are DISMISSED WITH PREJUDICE AND WITHOUT FURTHER COSTS OR ATTORNEY'S FEES.

**s/Marianne O. Battani**
**Honorable Marianne O. Battani**
**Referral Judge R. Steven Whalen**

The Undersigned Stipulate to this Order:

**/s/ David S. Robinson**
DAVID S. ROBINSON (P38754)
Attorney for Plaintiff
28145 Greenfield Road, Suite 100
Southfield, MI 48076
(248) 423-7234

**/s/ Anthony E. Kenny**
Anthony E. Kenny (P15894)
Anthony E. Kenny PC
Attorney for Defendant Mason
400 Maple Park Blvd., Ste. 402
Saint Clair Shores, MI 48081
(586) 447-3740

**/s/ Kurt Yockey**
Kurt Yockey (P32473)
Attorney for Plaintiff
33724 W Twelve Mile Road
Farmington Hills, MI 48331

**/s/ Cindy L. Reach**
CINDY L. REACH (P55903)
Co-counsel for Defendant Lenawee County
121 W. Washington St., Ste. 400
Ann Arbor, MI 48104
(734) 994-1400

**/s/ James W. Bodary**
James W. Bodary (P24193)
Siemion Huckabay Bodary Padilla Morganti & Bowerman PC
Counsel for Defendants County, Sheriff Neill, Mapes and Lennard
One Towne Sq. Ste. 1400
P.O. Box 5068
Southfield, MI 48086
(248) 357-1400

.